SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCA MELENDEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES I – X and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00724-RFB-EJY<br><br>**Stipulation and Order to Extend Time to File a Response**<br><br>**(First Request)** |

Plaintiff Francisca Melendez and Defendant United States of America, though undersigned counsel, hereby stipulate to extend the time for the United States to file an Answer or otherwise respond to Plaintiff's Complaint from July 7, 2025, up to, and including July 28, 2025. This is the first request for an extension of time.

This extension will allow undersigned counsel adequate time to receive and review any file materials or information from the client agency, the United States Postal Service.

Undersigned defense counsel has consulted with Plaintiff's counsel, Mr. Randall, who advises that he does not object to the request for extension requested herein.

*///*

*///*

*///*

*///*

1     For the above reasons, Defendant United States respectfully requests this extension of time, up to and including July 28, 2025, to file an Answer or otherwise respond to Plaintiff's Complaint.

    This stipulated request is filed in good faith and not for the purposes of undue delay.

    Respectfully submitted this 2nd day of July 2025.

| ER INJURY ATTORNEYS | SIGAL CHATTAH<br>United States Attorney |
|---|---|
| /s/Justin G. Randall<br>JUSTIN G. RANDALL, ESQ.<br>Nevada Bar No. 12476<br>1700 S. Pavilion Center Drive Ste #530<br>Las Vegas, NV 89135<br>*Attorney for Plaintiff* | /s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 2, 2025