TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
James.Sweetin@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCA MELENDEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DOES I – X and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00724-RFB-EJY<br><br>**Stipulation and Order to Extend Discovery Deadlines or in the Alternative Stay the Remaining Discovery Deadlines.**<br><br>**(Third Request)** |

This matter is set for an in-person settlement conference on Tuesday, September 29, 2026. In light of the settlement conference and pursuant to LR IA 6-1 and LR 26-3, the parties request a ninety (90) day extension of the discovery deadlines. The parties have conducted discovery diligently and in good faith. This is the third request for an extension of the discovery deadlines.

This action arises under the Federal Tort Claims Act ("FTCA")[1] for alleged injuries to Plaintiff arising from a January 20, 2023, fall at an USPS office. The deadline to amend parties and/or add parties has passed. The remaining deadlines are July 29, 2026, for initial expert disclosures, August 31, 2026, for rebuttal expert disclosures, September 28, 2026, for

---

[1] 28 U.S.C. §§ 1346(b)(1), 1402(b), 2401(b), 2402, 2671-2680.

discovery cutoff, October 27, 2026, for dispositive motions and November 25, 2026, for the proposed joint pretrial order.

The parties' counsel conferred and agreed that ninety (90) days extension would be proper and would conserve their resources, as well as those of the Court, if the remaining discovery deadlines including disclosure of initial experts, rebuttal experts, additional discovery, dispositive motions, if any, and preparation of the proposed joint pretrial order, are moved until after the settlement conference for this matter set on September 29, 2026. Accordingly, the parties respectfully ask the Court to extend the discovery deadlines as follows:

| Scheduled Event | Current Deadline | **Proposed Deadline** |
| --- | --- | --- |
| Initial Expert Disclosures | July 29, 2026 | **October 27, 2026** |
| Rebuttal Expert Reports | August 31, 2026 | **November 30, 2026** |
| Discovery Cut Off | September 28, 2026 | **December 28, 2026** |
| Dispositive Motions | October 27, 2026 | **January 25, 2027** |
| Pre-Trial Order | November 25, 2026 | **February 23, 2027[2]** |

If dispositive motions are filed, the joint pre-trial order would be due 30 days after a decision on such motions. Disclosures under Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the Joint Pretrial Order.

If this Court is not inclined to extend the remaining discovery deadlines, in the alternative the parties are respectfully requesting that the Court stay the remaining discovery deadlines. A district court has wide latitude in controlling discovery, *Volk v. D.A. Davidson & Co.*, 816 F.2d 1406, 1416–17 (9th Cir. 1987), as well as the inherent power to stay causes on its docket to avoid duplicative litigation, inconsistent results, and waste of time and

---

[2] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.

effort, *Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983) (Supreme Court citations omitted).

If this case were not resolved at the settlement conference, the parties agree to submit within 14 days thereafter a new, proposed schedule for expert disclosures, dispositive motions and the proposed joint pretrial order.

Respectfully submitted this 13th day of July 2026.

ER INJURY ATTORNEYS

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/Justin G. Randall*
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 12476
1700 S. Pavilion Center Dr., Ste. #530
Las Vegas, NV 89135
*Attorney for Plaintiff*

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorneys for Federal Defendants*

**IT HEREBY ORDERED that the Stipulation to extend discovery (ECF No. [22] is**

**GRANTED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:  July 13, 2026**

3